1  **RICHARD A. WHITAKER**
**Attorney at Law, State Bar #58618 (Ca.)**
2  **301 Dickson Hill Road, Suite B**
**Fairfield, California 94533**
3  **(707) 427-2237**

4  **Attorney for Plaintiff**
**Honoria Castanon**

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **OAKLAND DIVISION**

13  **Honoria Castanon,**                    **Civil No. 05-03098  CW**

            **Plaintiff,**                  **ORDER GRANTING STIPULATION FOR**
                                            **EXTENSION OF TIME TO FILE**
   **v.**                                   **MOTION FOR SUMMARY JUDGMENT FOR**
                                            **REVERSAL AND OR REMAND**
   **JO ANNE B. BARNHART,**

   **Commissioner of Social Security,**

            **Defendant.**
   _____/

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that plaintiff is granted an additional 30 days to file the motion for summary judgment reversal and or remand of the Commissioner's Final Decision in this matter.   This request is the first request for such an extension and is based upon the press of business for plaintiff's counsel.  Plaintiff's counsel has hired an attorney to assist him in preparing this brief.  This is the second memorandum being drafted by my new associate attorney, and it requires additional time to properly prepare the brief.  New counsel just became associated with me in January, 2006.

Said motion shall be filed no later than March 1, 2006.

**The parties further stipulate that counsel for Defendant will provide a facsimile of this stipulation bearing counsel's signature for retention in Plantiff's case file, and hereby authorizes Plaintiff to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to local rule.**

**Dated:   January 24, 2006**              */s/ Richard A. Whitaker*
                                            **Richard A. Whitaker**
                                            **Attorney for Plaintiff**

**Dated: January  24 , 2006**              **KEVIN V. RYAN**
                                            **United States Attorney**

                                    **By:** */s/ Sara Winslow*
                                            ~~**Joann M. Swanson**~~ **Sara Winslow**
                                            **Assistant U.S. Attorney**
                                            **Attorneys for Defendant**

## ORDER

Upon stipulation of the parties, it is hereby established that the motion for summary judgment for the case of Honoria Castanon, v. Jo Anne B. Barnhart, Case No. 05-03098 CW, shall be filed by plaintiff no later than March 1, 2006.

**APPROVED AND SO ORDERED**

Dated:  1/26/06

*/s/ Claudia Wilken*

**Claudia Wilkins**
**UNITED STATES JUDGE**