KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HONORIA CASTANON,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  05-03098 CW<br><br>STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay THREE THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

>RICHARD WHITAKER
>301 DICKSON HILL RD., SUITE B
>FAIRFIELD, CA 94533
>(707) 427-2237; FAX (707) 429-9829

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

1 | Act.

2 |     3. Payment of the THREE THOUSAND EIGHT HUNDRED DOLLARS ($3,800.00) EAJA
3 | fees incurred in this court action, will constitute a complete release from and bar to any and all
4 | claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the
5 | EAJA, or costs as a result of this court action.

9 | Dated: August 7, 2006

/s/
RICHARD A. WHITAKER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

15 | Dated: August 7, 2006     By:  /s/
SARA WINSLOW
Assistant United States Attorney

17 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

21 | Dated: 8/10/06

_____
CLAUDIA WILKEN
United States District Judge

CASTANON, EAJA STIP (ss)
C 05-03098 CW                         2